# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:08CR109** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **THEODORE WILLIAM PERTILLER** | ) | |

**THIS MATTER** is before the Court on motion of the Government to dismiss the Bill of Indictment herein.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit this Order to defense counsel, the United States Attorney's Office, the United States Marshal's Office, and the United States Probation Office.

Signed: October 23, 2008

Lacy H. Thornburg
United States District Judge